LESTER C. SCOTT, as Administrator de Bonis Non of the Estate of STEWART G. B. GOURLAY, Deceased, Appellant, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Respondent.

Argued October 2, 1939; decided October 17, 1939.

*William L. Bowman* and *Joseph J. Juhass* for appellant.

*Mahlon A. Freeman* and *Norman C. Conklin* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.